## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

### No. 5:13-CT-03290-BO

| | | |
|---|---|---|
| TIMOTHY ROYAL KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **VERDICT FORM** |
| | ) | |
| CHARIESSE BOYD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ISSUE ONE

1.  Did Defendant violate Plaintiff's Eighth Amendment Right to be free from cruel and unusual punishment by sexually assaulting Plaintiff?

    Yes __✓__    No_____

**Answer Issue Two only if you answered "Yes" to Issue One.**

### ISSUE TWO

2.  Did Plaintiff suffer some harm proximately caused by Defendant's violation of Plaintiff's Eighth Amendment right?

    Yes __✓__    No_____

**Answer Issue Three only if you have answered "Yes" to Issues One and Two**

## ISSUE THREE

3.  What amount, if any, is Plaintiff entitled to receive from Defendant as compensatory damages?

    ANSWER: $ _5000_

**Answer Issue Four only if you have answered Issue Three**

## ISSUE FOUR

4.  Is the Defendant liable to Plaintiff for punitive damages?

    ANSWER: _Yes_

**Answer Issue Five only if you have answered "yes" to Issue Four**

5.  What amount of punitive damages, if any, does the jury in its discretion award to Plaintiff?

    ANSWER: $ _10,000_

FOREPERSON: ███████████████████

DATE: ████████████████████████

2